UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMERA MCKNIGHT,** **Plaintiff** | CIVIL ACTION: 2017-0000826 |
| | NUMBER: 2:17-CV 08248 |
| VS. | |
| | SECTION: "J"   MAG: "5" |
| **THE UNITED STATES OF AMERICA, DEPARTMENT OF THE UNITED STATES POST OFFICE, ABC LAND OWNER, XYZ INSURANCE CO.** **Defendants** | DISTRICT JUDGE BARBIER |
| | MAGISTRATE JUDGE NORTH |

## MOTION FOR RECONSIDERATION

NOW INTO THE COURT, through undersigned counsel, comes plaintiff, **Tamera McKnight,** who submits this Motion for Reconsideration, pursuant to Federal Rule of Civil Procedure 59(e), of the Judgment of Dismissal granting a Motion to Dismiss filed by Defendant, Red Hill Properties, LLC on October 31, 2017.

Plaintiff is requesting that the Court reconsider the dismissal and allow Plaintiff to file and Opposition for the Court to consider prior to issuing a ruling. Plaintiff's attorney was not admitted to practice in the Eastern District until November 3, 2017. However, an opposition had been prepared and submitted to opposing counsel on October 23, 2017 and is attached as an exhibit herein. As counsel has now been admitted, we humbly ask the court to reconsider the decision after Plaintiff has filed the opposition.

RESPECTFULLY SUBMITTED:

BY:   /s/Ethel M. Clay
ETHEL M. CLAY (LBN 31103)
TIFFANY MYLES CROSBY (32045)
439 N. NINTH STREET
BATON ROUGE, LA 70802
TEL: (225) 906-0435
FAX: (225) 372-8590
*ATTORNEYS FOR PLAINTIFF*